1   Timothy E. Warriner (SB#166128)
    Attorney at Law
2   660 J St., Suite 390
    Sacramento, CA 95814
3   (916) 443-7141
    FAX: (916) 441-0970
4
    Attorney for Defendant,
5   THURMAN MAXWELL

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,          )       No. CR S 07 0248-20 WBS
10                                      )
                Plaintiff,              )       STIPULATION AND [PROPOSED]
11                                      )       ORDER CONTINUING
            v.                          )       SENTENCING DATE
12                                      )
    THURMAN MAXWELL,                    )
13                                      )
                Defendant.              )
14  _____)

15          It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

16  Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

17  sentencing hearing now set for November 28, 2011 be vacated, and that judgment and sentencing

18  be set for **December 19, 2011, at 9:30 a.m.** The continuance is needed to afford both counsel

19  additional time to address matters concerning the presentence investigation report.

20
    Dated: November 21, 2011          /s/ Timothy E. Warriner, Attorney for Maxwell
21
    Dated: November 21, 2011          /s/ Jason Hitt, Assistant United States Attorney for
22                                     The Government

23

24

25

26

27

28

1    <u>ORDER</u>

2        GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the

3    November 28, 2011 sentencing date is vacated, and the matter is set for judgment and sentence

4    to occur on December 19, 2011 at 9:30 a.m.

5    DATED:   November 22, 2011

6    _____

7    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2