JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOPHIA SANCHEZ,<br><br>Defendant. | CR NO. S-07-0248-24 WBS<br><br>ORDER CONTINUING SENTENCING<br><br>Date: March 12, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for January 30, 2012. Counsel for the parties requests that the date for judgment and sentencing be continued to March 12, 2012 at 9:30am.

2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **3/12/12** |
| Reply, or Statement of Non-Opposition: | 3/5/12 |
| Motion for Correction of the Presentence Report<br>Shall be filed with the Court and served on the<br>Probation Officer and opposing counsel no later than: | 2/27/12 |

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 2/21/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 2/13/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | n/a |

Dated: January 25, 2012
/s/ John R. Manning
JOHN R. MANNING
Attorney for defendant
Sophia Sanchez


Benjamin B. Wagner
United States Attorney

Dated: January 25, 2012
/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-07-0248 WBS |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING SENTENCING |
| | ) | |
| v. | ) | |
| | ) | |
| SOPHIA SANCEZ, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Sophia Sanchez be continued from January 30, 2012 to March 12, 2012 at 9:30 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: January 27, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE