THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Alvaro Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARO GOMEZ,<br><br>    Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: April 30, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 27, 2012 at 9:30 a.m. is continued to April 30, 2012 at 9:30 a.m. in the same courtroom. The Presentence Report was recently received and Defendant needs additional time to prepare for sentencing. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance. The Probation Officer has also been informed and does not oppose a continuance.

**IT IS SO STIPULATED.**

DATED: February 3, 2012          By:    /s/ Thomas A. Johnson\_\_\_\_\_
                                                                     THOMAS A. JOHNSON
                                                                     Attorney for Defendant
                                                                     ALVARO GOMEZ

| | | |
|---|---|---|
| DATED: February 3, 2012 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>Jason Hitt<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: February 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALVARO COLBAIN GOMEZ,<br><br>　　　　Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | July 5, 2011 |
| | (Date of Plea or Verdict) |
| Judgment and Sentencing date: | April 30, 2012 |
| Reply or Statement | April 23, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 16, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 9, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 2, 2012 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | March 23, 2012 |

| | |
|---|---|
| 1 | Copies of this schedule provided to: _____ AUSA  _____ Defense Counsel  _____ USPO |
| 2 | |
| 3 | Dated:                By:  __/s/_____ |
|   |                              COURTROOM CLERK |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND ORDER        - 4 -