Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0248 WBS |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) ) | |
| THURMAN MAXWELL, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for March 19, 2012 be vacated, and that judgment and sentencing be set for **April 30, 2012, at 9:30 a.m.** The continuance is needed to afford both counsel additional time to address matters concerning the presentence investigation report.

Dated: March 15, 2012   /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: March 15, 2012   /s/ Jason Hitt, Assistant United States Attorney for
                        The Government

ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the March 19, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on April 30, 2012 at 9:30 a.m.

DATED: March 16, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE