THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Alvaro Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALVARO GOMEZ,<br><br>    Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>STIPULATION AND ORDER FOR AMENDMENT OF THE PSR SCHEDULE<br><br>Date:   April 30, 2012<br>Time:  9:00 a.m.<br>Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the date to file objections to the Pre-Sentence Report is changed to April 19, 2012, and that a reply would be due on or before April 26, 2012. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to these amendments to briefing schedule for the Pre-Sentence Report. The Probation Officer has also been informed and does not oppose the amendment of the schedule.

**IT IS SO STIPULATED.**

DATED: April 13, 2012        By:    /s/ Thomas A. Johnson
                                                         THOMAS A. JOHNSON
                                                         Attorney for Defendant
                                                         ALVARO GOMEZ

| | | |
|---|---|---|
| DATED: April 13, 2012 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>Jason Hitt<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: April 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO COLBAIN GOMEZ,<br><br>Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | July 5, 2011<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | April 30, 2012 |
| Reply or Statement | April 26, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 19, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 9, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 2, 2012 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | March 23, 2012 |