THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Alvaro Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO GOMEZ,<br><br>Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: June 11, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 30, 2012 at 9:00 a.m. is continued to June 11, 2012 at 9:30a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance. The Probation Officer has also been informed and does not oppose a continuance.

**IT IS SO STIPULATED.**

DATED: April 27, 2012    By:    /s/ Thomas A. Johnson
                                                      THOMAS A. JOHNSON
                                                      Attorney for Defendant
                                                      ALVARO GOMEZ

DATED: April 27, 2012    BENJAMIN WAGNER
                                                      United States Attorney

                                By:    /s/ Thomas A. Johnson for
                                                Jason Hitt
                                                Assistant U.S. Attorney

1 **IT IS SO ORDERED.**

Dated: April 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE