| | |
|---|---|
| 1 | Scott N. Cameron (SBN: 226605) |
| 2 | Attorney at Law |
| | 1007 7th Street, Suite 319 |
| 3 | Sacramento, CA 95814 |
| | (916) 442-5230 |
| 4 | |
| 5 | CJA Trial Attorney for: |
| | BENJAMIN SANTOS CASTRO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:07-CR-0248-09 WBS |
| | ) |
| Plaintiff, | ) |
| | ) **SUBSTITUTION OF ATTORNEY FOR** |
| vs. | ) **DEFENDANT BENJAMIN SANTOS** |
| | ) **CASTRO AND [PROPOSED] ORDER** |
| BENJAMIN SANTOS CASTRO , | ) |
| | ) |
| | ) COURT ROOM: 5 |
| Defendant. | ) JUDGE:  Hon. William B. Shubb |
| | ) |
| | ) |

NOTICE IS HEREBY GIVEN that Defendant Benjamin Santos Castro, for the purposes of appeal, hereby moves to substitute CJA attorney Mary Pougiales in place of his previous CJA attorney, Scott N. Cameron.  Benjamin Santos Castro was sentenced by Judge Shubb in case 07-CR-0248 WBS on May 7, 2012.

I consent to Mary Pougiales replacing Scott N. Cameron as my attorney in this matter.

Dated: May 11, 2012                        Respectfully submitted,

/s/ Benjamin Santos Castro
Benjamin Santos Castro
(Signed by Scott Cameron with Mr. Castro's permission)

**SUBSTITUTION OF ATTORNEY**

-1-

1 | I consent to Mary Pougiales replacing me as Benjamin Santos Castro's attorney in
2 | this matter.

Dated: May 11, 2012                                 Respectfully submitted,

/s/ Scott N. Cameron
Scott N. Cameron

I accept appointment as Benjamin Santos Castro's attorney in this matter.

Dated: May 11, 2012                                 Respectfully submitted,

/s/ Mary Pougiales
Mary Pougiales – CSB # 77807
448 Ignacio Boulevard # 191
Novato, CA 94949
Tel: (415) 847-6379
(Signed by Scott Cameron with Ms. Pougiales' permission)

IT IS SO ORDERED.

Dated:   May 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE