THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Alvaro Gomez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALVARO GOMEZ, <br> Defendant. | Case No.: 2:07-CR-00248-07-WBS <br><br> STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING <br><br> Date: August 6, 2012 <br> Time: 9:30 a.m. <br> Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 11, 2012, at 9:00 a.m. is continued to August 6, 2012, at 9:30 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance. The parties have also agreed that the due date to submit a reply to the filed objections to the PSR will be continued to July 30, 2012.

**IT IS SO STIPULATED.**

DATED: June 6, 2012       By:        /s/ Thomas A. Johnson_____
                                     THOMAS A. JOHNSON
                                     Attorney for Defendant
                                     ALVARO GOMEZ

DATED: June 6, 2012                  BENJAMIN WAGNER
                                     United States Attorney

                          By:        /s/ Thomas A. Johnson for_
                                     Jason Hitt
                                     Assistant U.S. Attorney

STIPULATION AND ORDER        - 1 -

**IT IS SO ORDERED.**

Dated: June 7, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE