**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ANDREA CADENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-248-21 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER CONTINUING THE |
| v. ) | JUDGMENT AND SENTENCING |
| ) | DATE TO |
| ) | MONDAY, NOVEMBER 19, 2012 |
| ANDREA CADENA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

    The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that the present date set for Judgment and Sentencing, Monday, July 9, 2012, can be vacated by the Court.

    The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that a new date of Monday, November 19, 2012 at 9:30 a.m., can be set by the Court for the new Judgment and Sentencing date.

    The parties also agree to modify the Disclosure dates for the pre-sentence investigation report as follows:

1

| | |
|---|---|
| Judgment and Sentencing date | November 19, 2012 |
| Reply date | November 5, 2012 |
| Correction date | October 29, 2012 |
| Report date to be filed with the Court | October 15, 2012 |
| Objection date | September 17, 2012 |

Defense counsel has discussed this with the defendant and the defendant is in agreement with these dates. Probation is also in agreement.

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt -by e mail authorization

DATED: 6-20-12
_____
Jason Hitt
William Wong
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 6-20-12

LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
ANDREA CADENA

# ORDER

The Court after reading and considering the parties agreements and stipulations, adopts them as follows:

| | |
|---|---|
| Judgment and Sentencing date | November 19, 2012 |
| Reply date | November 5, 2012 |
| Correction date | October 29, 2012 |
| Report date to be filed with the Court | October 15, 2012 |
| Objection date | September 17, 2012 |

The Court vacates the Judgment and Sentencing date of Monday, July 10, 2012 and resets the Judgment and Sentencing to Monday, November 19, 2012 at 9:30 a.m.

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: June 20, 2012

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE