THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Alvaro Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO GOMEZ,<br><br>Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: July 23, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding Defendant's request for new counsel which is scheduled for July 9, 2012 at 9:00 a.m. is continued to July 23, 2012 at 9:00 a.m. in the same courtroom. Defense counsel, Thomas A. Johnson, is requesting the continuance because he is unavailable on July 9, 2012. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: July 5, 2012        By:    /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Defendant
                                  ALVARO GOMEZ

DATED: July 5, 2012               BENJAMIN WAGNER
                                  United States Attorney

                           By:    /s/ Thomas A. Johnson for
                                  Jason Hitt
                                  Assistant U.S. Attorney

STIPULATION AND ORDER        - 1 -

1 | **IT IS SO ORDERED.**
2 |
3 | Dated: July 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE