Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 07 0248-20 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING |
| v. ) | SENTENCING DATE |
| ) | |
| THURMAN MAXWELL, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for July 30, 2012 be vacated, and that judgment and sentencing be set for **August 27, 2012, at 9:30 a.m.** The continuance is requested due to defense counsel's involvement in a murder trial that will last through the first week of August, and to afford both counsel additional time to address matters pertaining to imposition of judgment and sentence.

Dated: July 26, 2012                /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: July 26, 2012                /s/ Jason Hitt, Assistant United States Attorney for
                                    The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the July 30, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on August 27, 2012 at 9:30 a.m.

DATED: July 30, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE