JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR NO. S-07-0248-24 WBS |
|---|---|
| Plaintiff, | ) ORDER CONTINUING SENTENCING |
| v. | ) Date: October 1, 2012 |
| SOPHIA SANCHEZ, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 13, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to October 1, 2012 at 9:30am. The continuance is needed to allow the parties additional time to address matters concerning defendant's sentencing.

2. The parties requests the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/1/12** |
| Reply, or Statement of Non-Opposition: | 9/24/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/17/12 |

1

Dated: August 8, 2012                    /s/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for defendant
                                         Sophia Sanchez


                                         Benjamin B. Wagner
                                         United States Attorney

Dated: August 8, 2012                    /s/ Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-07-0248 WBS |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| SOPHIA SANCEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Sophia Sanchez be continued from August 13, 2012 to October 1, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: August 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3