Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 07 0248-20 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| v. | |
| THURMAN MAXWELL, | |
| Defendant. | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for August 27, 2012 be vacated, and that judgment and sentencing be set for **October 29, 2012, at 9:30 a.m.** The continuance is requested to afford both counsel additional time to address matters pertaining to the imposition of judgment and sentence, and the government's sentencing recommendation..

Dated: August 23, 2012      /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: August 23, 2012      /s/ Jason Hitt, Assistant United States Attorney for
                            The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the August 27, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on October 29, 2012 at 9:30 a.m.

DATED: August 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE