JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-07-0248-24 WBS |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | Date: October 15, 2012 |
| SOPHIA SANCHEZ, | Time: 9:30 a.m. |
| | Judge: Hon. William B. Shubb |
| Defendant. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 1, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to October 15, 2012 at 9:30am. The continuance is needed to allow the parties additional time to address matters concerning defendant's sentencing.

2. The parties requests the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/15/12** |
| Reply, or Statement of Non-Opposition: | 10/9/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/1/12 |

1

| | |
|---|---|
| Dated: September 19, 2012 | /s/ John R. Manning |
| | JOHN R. MANNING |
| | Attorney for defendant |
| | Sophia Sanchez |
| | |
| | Benjamin B. Wagner |
| | United States Attorney |
| Dated: September 19, 2012 | /s/ Jason Hitt |
| | JASON HITT |
| | Assistant United States Attorney |

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR NO. S-07-0248 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING SENTENCING |
| SOPHIA SANCEZ, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Sophia Sanchez be continued from October 1, 2012 to October 15, 2012 at 9:30 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: September 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE