JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SOPHIA SANCHEZ,<br><br>    Defendant. | CR NO. S-07-0248-24 WBS<br><br>ORDER CONTINUING SENTENCING<br><br>Date: October 22, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, William Wong, Assistant United States Attorney, together with counsel for defendant Sophia Sanchez, John R. Manning, Esq., that the sentencing presently set for October 15, 2012 be **continued to October 22, 2012 at 9:30 a.m.**, thus **vacating** the presently set sentencing date. The continuance is needed to allow the parties additional time to address matters concerning defendant's sentencing.

Dated: October 11, 2012                             /s/ John R. Manning
                                                                            JOHN R. MANNING
                                                                             Attorney for defendant
                                                                             Sophia Sanchez

Dated: October 11, 2012

Benjamin B. Wagner
United States Attorney

 /s/ William Wong
WILLIAM WONG
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-07-0248 WBS |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| SOPHIA SANCHEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Sophia Sanchez be continued from October 15, 2012 to October 22, 2012 at 9:30 a.m.

DATED: October 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE