Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR S 07 0248 WBS
)
    Plaintiff, ) STIPULATION AND [~~PROPOSED~~]
) ORDER CONTINUING
    v. ) SENTENCING DATE
)
THURMAN MAXWELL, )
)
    Defendant. )
_____)

    It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for January 7, 2013 be vacated, and that judgment and sentencing be set for **March 4, 2013 at 9:30 a.m.** The continuance is requested to afford both counsel additional time to address matters pertaining to the imposition of judgment and sentence, and the government's sentencing recommendation..

Dated: January 3, 2013      /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: January 3, 2013      /s/ Jason Hitt, Assistant United States Attorney for
                                                                     The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the January 7, 2013 sentencing date is vacated, and the matter is set for judgment and sentence to occur on March 4, 2013 at 9:30 a.m.

DATED: January 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE